MAY 16, 2003

No. 02–1058.   OKLAHOMA COUNTY, OKLAHOMA, BY AND THROUGH ITS COMMISSIONERS, ET AL. *v.* SHERWOOD.   C. A. 10th

1028

Cir. Certiorari dismissed under this Court's Rule 46.2. ▮